IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22 CV 00486

| | |
|---|---|
| KESHA L. KNIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF RALEIGH; D.W. DEACH, individually; SHAWN MURRAY, individually; TOMIE MATTHEWS, individually; MARK BRODD, individually; JAY KRUEGER, individually; CHASE SCHMIDT, individually; John and Jane Doe Officers 1-5, individually.<br><br>　　　　Defendants. | STIPULATION OF DISMISSAL PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(A)(ii)<br>As to Defendants Shawn Murray, Tomie Matthews, Mark Brodd, Jay Kreuger, and Chase Schmidt. |

　　Plaintiff, by and through counsel, and Defendants, by and through counsel, stipulate and agree that the above-captioned action shall be dismissed without prejudice as to Defendants Shawn Murray, Tomie Matthews, Mark Brodd, Jay Krueger, and Chase Schmidt, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　Stipulated and agreed to, this the 23rd day of May, 2023.

　　　　　　　　　　　　　　/s/ William G. Simpson, Jr.
　　　　　　　　　　　　　　William G. Simpson, Jr.

　　　　　　　　　　　　　　Tin Fulton Walker & Owen, PLLC
　　　　　　　　　　　　　　1526 E. Franklin St., Suite 102
　　　　　　　　　　　　　　Chapel Hill NC 27514

1

Telephone: (919) 240-7089
Fax: (980) 217-3396
wsimpson@tinfulton.com
N.C. Bar No. 13706

/s/Abraham Rubert-Schewel
Abraham Rubert-Schewel)
Tin Fulton Walker & Owen, PLLC
119 E. Main Street
Durham, NC 27701
(919) 451-9216
schewel@tinfulton.com
N.C. Bar No. 56863

/s/ Emily D. Gladden
Emily D. Gladden
Tin Fulton Walker & Owen, PLLC
407 N. Person St.
Raleigh, NC 27601
Phone: (919) 720-4201
Fax: (919) 400-4516
egladden@tinfulton.com
N.C. Bar No. 49224

*Attorneys for Plaintiff*


/s/ Amy C. Petty
Amy C. Petty
City of Raleigh
P.O. Box 590
Raleigh NC 27602
Tel: (919) 996-6560
Fax: (919) 996-7021
dorothy.kibler@raleighnc.gov
NC Bar No. 20894

*Attorney for Defendant City of Raleigh*

/s/ Jason R. Benton
Jason R. Benton
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte NC 28202
Phone: (704) 335-9509

2

Fax: (704) 335-9747
jasonbenton@parkerpoe.com
NC Bar No. 27710

*Attorney for Defendant D.W. Deach*


/s/Leslie C. Packer
Leslie C. Packer
N.C. State Bar No. 13640
Ellis & Winters
PO Box 33550
Raleigh NC 27636
Telephone: (919) 865-7000
Fax: (919) 865-7010
leslie.packer@elliswinter.com

*Attorney for Defendants Shawn Murray, Tomie Matthews, Mark Brodd, Jay Kreueger, and Chase Schmidt*


CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide a copy to the attorneys for the defendants as follows:

Dorothy V. Kibler
dorothy.kibler@raleighnc.gov

Amy Campbell Petty
amy.petty@raleighnc.gov

*Attorneys for Defendant City of Raleigh*

Jason R. Benton
jasonbenton@parkerpoe.com
Jessica Camille Dixon
jessicadixon@parkerpoe.com

*Attorneys for Defendant D.W. Deach*

3

Michelle Liguori
Leslie Packer

*Attorney for Defendants Shawn Murray, Tomie Matthews, Mark Brodd, Jay Kreueger, and Chase Schmidt*

/s/ William G. Simpson, Jr.