IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-486-BO-RJ

KESHA L. KNIGHT, )
        Plaintiff, )
v. )     O R D E R
)
THE CITY OF RALEIGH, *et al.*, )
        Defendants. )

In light of the filing of the second amended complaint in this action [DE 27], the City of Raleigh's motion to dismiss claims alleged in the first amended complaint [DE 17] is DENIED AS MOOT. *See Fawzy v. Wauquiez Boats SNC*, 873 F.3d 451, 455 (4th Cir. 2017).

SO ORDERED, this 12 day of July 2023.

                /s/ Terrence Boyle
                TERRENCE W. BOYLE
                UNITED STATES DISTRICT JUDGE